**Order entered September 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00793-CV**
**No. 05-22-00794-CV**

## IN RE ALEJANDRINA LOPEZ, Relator

**Original Proceedings from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-21-11690 & DF-22-04960**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Before the Court are relator Alejandrina Lopez's August 11, 2022 petitions seeking a writ of mandamus compelling the trial court to vacate its June 6, 2022 Order on Bill of Review and Motion for New Trial. We request that real party in interest and respondent file a response, if any, to relator's petitions for writ of mandamus by **October 3, 2022**.

/s/     LANA MYERS
        JUSTICE